Valdivieso v. El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la
Propiedad de Ponce.

No. 103.—Resuelto en octubre 19, 1911.

Cancelación de Hipoteca—Bienes Reservables—Tenedores de Crédito Hipo-
tecario Según el Registro.—Cuando un deudor hipotecario trata de cancelar
la hipoteca que pesa sobre su finca, sólo tiene que atenerse para 'dicha cance-
lación a los que figuran como actuales tenedores del crédito hipotecario, sin
que impida dicha cancelación el hecho de que el importe del préstamo hipo-
tecario tenga el carácter de bienes reservables, pues aun bajo este supuesto,
tales derechos no recaen en determinadas personas hasta que ocurra el falle-
cimiento de los ascendientes de las personas con derecho a tales bienes reser-
vables.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. José Tous Soto.*

El Juez Asociado Sr. Wolf, emitió la opinión del tri-
bunal.

Lucas P. Valdivieso adquirió las fincas Buena Vista y otra
sobre la que pesaba una hipoteca constituída a favor de va-
rias personas. Deseando cancelar la inscripción de la hipo-
teca que gravaba a dicha finca, pagó a los que según la escri-
tura No. 60, otorgada ante el Notario Don Luis Yordán Dá-
vila resultaban ser los acreedores, quienes le otorgaron escri-
tura de cancelación y carta de pago. Cuando esta escritura
fué presentada al Registrador de Ponce, éste denegó la ins-
cripción de la misma en su totalidad por el fundamento de que
la suma de $2,520 perteneciente a Doña Mercedes Díaz tenía
la cualidad de reservable así como la de $168 correspondien-
tes a Doña Flora Garzón, según dicha escritura No. 60, a
favor de sus respectivos hijos, no pudiendo hacerse la cance-
lación sin haber prestado su consentimiento dichos menores.
Aparece del registro que dichas señoras fueron dos de las
vendedoras de la mencionada finca Buena Vista, habiendo los
compradores constituído la expresada hipoteca en garantía
del pago del precio aplazado de la venta. Doña Mercedes
Díaz adquirió su participación de su hijo fallecido Don Fran-

cisco Costas Díaz y Doña Flora Garzón adquirió la suya de su difunta hija Da. María Guillermina Costas y Garzón.

Convenimos con el apelante en que el deudor que trata de cancelar una inscripción sobre su finca sólo le incumbe saber quiénes son los actuales tenedores del crédito hipotecario. Las mencionadas dos señoras eran las verdaderas acreedoras. Cierto es que a la muerte de cualquiera de ellas sus respectivos hijos podrían tener una acción con motivo del dinero satisfecho por el deudor. Sin embargo, dichas acreedoras eran las dueñas de los créditos que trataban de cancelarse y son las verdaderas representantes de cualesquiera derechos que sus hijos pudieran tener, debiendo notarse que tales derechos recaerían solamente en aquellos herederos de los difuntos hijos Francisco Costas Díaz y Doña María Guillermina Costas y Garzón que vivieran en la época de la muerte de sus respectivos ascendientes. En la actualidad ninguna persona determinada podría prestar su consentimiento, puesto que sus derechos serían de mera expectación. Se declara con lugar el recurso, debiendo hacerse la inscripción de la cancelación.

*Revocada.*

Jueces concurrentes: Sres. Asociados MacLeary, del Toro y Aldrey.

El Juez Presidente Sr. Hernández, no tomó parte en la resolución de este caso.